**Petition for Writ of Mandamus Denied and Memorandum Opinion filed September 2, 2021.**



In The

# Fourteenth Court of Appeals

### NO. 14-21-00470-CR
### NO. 14-21-00471-CR

## IN RE LISA MARIE SEARCY, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**212th District Court**
**Galveston County, Texas**
**Trial Court Cause Nos. 19CR3596 & 19CR3597**

## MEMORANDUM OPINION

On August 19, 2021, relator Lisa Marie Searcy filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Patricia Grady,

presiding judge of the 212th District Court of Galveston County, to rule on relator's petition for writ of habeas corpus.

Relator is represented by counsel. A defendant is not entitled to hybrid representation, and, as a consequence, a trial court is free to disregard any pro se motions presented by a defendant who is represented by counsel. *Jenkins v. State*, 592 S.W.3d 894, 902 n.47 (Tex. Crim. App. 2018). Moreover, in the absence of a right to hybrid representation, relator's pro se petition for writ of mandamus presents nothing for this court's review. *See Patrick v. State*, 906 S.W.481, 498 (Tex. Crim. App. 1995); *Turner v. State*, 805 S.W.2d 423, 425 n.1 (Tex. Crim. App. 1991).

Relator has not established that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Zimmerer.
Do Not Publish — Tex. R. App. P. 47.2(b).